# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Raytheon Company and Raytheon Missile Systems | ) | ASBCA Nos. 61191, 61192, 61193 |
| | ) | |
| Under Contract Nos. W15P7T-07-C-P207 | ) | |
| F08635-03-C-0002 | ) | |

APPEARANCES FOR THE APPELLANT:  Karen L. Manos, Esq.
Erin N. Rankin, Esq.
John W.F. Chesley, Esq.
  Gibson, Dunn & Crutcher LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:  E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
Steven R. Dooley, Esq.
Alexander M. Healy, Esq.
  Trial Attorneys
  Defense Contract Management Agency
  Boston, MA

## ORDER OF DISMISSAL

The above-referenced appeals have been settled by the parties per their joint motion to dismiss dated 8 May 2017. Accordingly, they are dismissed from the Board's docket with prejudice.

Dated: 6 June 2017

DIANA S. DICKINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61191, 61192, 61193, Appeals of Raytheon Company and Raytheon Missile Systems, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals